```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04011
    KENNETH SINGER
    CATHERINE SINGER                            CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5990    SSN XXX-XX-2153

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 04/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         8047.94         .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        10998.48         .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         11994.39         .00           .00
INTERNAL REVENUE SERVICE  UNSECURED          921.38         .00           .00
GMAC                      SECURED VEHIC    8844.83          .00           .00
AMERICAN EXPRESS          UNSECURED       NOT FILED         .00           .00
AMERICAN EXPRESS          UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
CHASE                     UNSECURED       NOT FILED         .00           .00
CHASE                     UNSECURED       NOT FILED         .00           .00
CHASE CC                  UNSECURED       NOT FILED         .00           .00
CHASE CC                  UNSECURED       NOT FILED         .00           .00
CHASE                     UNSECURED       NOT FILED         .00           .00
LVNV FUNDING LLC          UNSECURED        15555.49         .00           .00
HSBC                      UNSECURED       NOT FILED         .00           .00
HSBC NV/GM CARD           UNSECURED       NOT FILED         .00           .00
SEARS CITICORP CREDIT SV  UNSECURED       NOT FILED         .00           .00
WASHINGTON MUTUAL/PROVID  UNSECURED       NOT FILED         .00           .00
CITI MORTGAGE             CURRENT MORTG        .00          .00           .00
LASALLE BANK              CURRENT MORTG        .00          .00           .00
US DEPT OF EDUCATION      PRIORITY        NOT FILED         .00           .00
US DEPT OF EDUCATION      PRIORITY        NOT FILED         .00           .00
LASALLE BANK              NOTICE ONLY     NOT FILED         .00           .00
JAHNKE & TOOLIS           DEBTOR ATTY      2,334.00                     552.00
TOM VAUGHN                TRUSTEE                                        48.00
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    600.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 04011 KENNETH SINGER & CATHERINE SINGER

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    552.00
TRUSTEE COMPENSATION                                               48.00
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                          600.00             600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 07/18/08                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```